Robert P. McDANIEL, Plaintiff-Appellee
Cross-Appellant,

v.

The FULTON NATIONAL BANK OF
ATLANTA, Defendant-Appellant
Cross Appellee.

Jan T. BARKSDALE, Plaintiff-Appellee,

v.

PEOPLES FINANCIAL CORP. OF AL-
PHARETTA, Defendant-Appellant.

James R. BARRETT et al.,
Plaintiffs-Appellees,

v.

VERNIE JONES FORD, INC., et al.,
Defendants-Appellants.

Nos. 75–2410, 75–2514 and 75–2515.

United States Court of Appeals,
Fifth Circuit.

June 8, 1977.

Marion H. Allen, III, Richard R. Cheatham, Atlanta, Ga., for appellant in No. 75–2410.

E. Lundy Baety, Atlanta, Ga., for appellee in No. 75–2410.

Albert C. Ruehmann, III, Richard R. Cheatham, Atlanta, Ga., for defendants-appellants in Nos. 75–2514 and 75–2515.

Graydon W. Florence, Jr., Atlanta, Ga., for plaintiff-appellee in No. 75–2514.

Sewell K. Loggins, Douglas N. Campbell, Atlanta, Ga., for amicus curiae Beneficial Finance Co.

Mary Joyce Johnson, N. David Buffington, Atlanta, Ga., for plaintiffs-appellees in No. 75–2515.

ON PETITIONS FOR REHEARING AND
PETITIONS FOR REHEARING
EN BANC

(Opinion December 6, 1976, 5 Cir.,
1976, 543 F.2d 568).

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk shall set a briefing schedule for the filing of supplemental briefs.

The parties in No. 75–4397, *Kennedy v. Plaza Pontiac*, No. 75–4408, *Reed v. Welch Oldsmobile* and No. 76–1158, *Hicks v. General Motors*, 5 Cir., 544 F.2d 516 are entitled without further leave to timely file amicus briefs if they so desire.

JAMES C. HILL, Circuit Judge, is recused and did not participate in this order.